STATE OF NORTH CAROLINA                         STATE OF GEORGIA
COUNTY OF WAKE                                  ATLANTA DIVISION

OUT -10043740-001                               1:10-CV-2110

DEBORAH    FRAZIER,
                    Plaintiff
           VS                                   OFFICER'S AFFIDAVIT
                                                OF SERVICE
ABSOLUTE COLLECTION SERVICE INC,
                    Defendant


PERSON TO SERVE: **ABSOLUTE COLLECTION SERVICE INC**

ADDRESS(1):     421 FAYETTEVILLE STREET MALL APT: 500
                RALEIGH, NC  27601-1792
ADDRESS(2):

_K. Nicholson_ , BEING A DULY SWORN DEPUTY SHERIFF OF WAKE COUNTY, RALEIGH, NORTH CAROLINA, STATES THAT IN THE ABOVE-REFERENCED MATTER, ON THE _2_ DAY OF _Aug_ ,20_10_, { ~~HE~~/{ }SHE {✓}~~SERVED~~/{ }WAS UNABLE TO SERVE **ABSOLUTE COLLECTION SERVICE INC** LEGAL SERVICE OF A **SUMNMONS - COMPLAINT FOR DAMAGES - INSTRUCTIONS REGARDING PRETRIAL PROCEEDINGS**   ON DEFENDANT/PERSON TO SERVE AS FOLLOWS: (check one)

{ } BY DELIVERING TO DEFENDANT/PERSON TO SERVE A COPY(IES).

{ } BY LEAVING A COPY(IES) AT THE DWELLING HOUSE OR USUAL PLACE OF ABODE OF
    THE DEFENDANT/PERSON TO SERVE, WITH A PERSON OF SUITABLE AGE.

{✓} AS THE DEFENDANT/PERSON TO SERVE IS A CORPORATION, SERVICE WAS EFFECTED
    BY DELIVERING A COPY(IES) TO WHO IS AN OFFICER OF THE CORPORATION.

{ } NOT SERVED: DEFENDANT/PERSON NOT FOUND IN WAKE COUNTY.

{ } OTHER:  _Stan Iradi operations manager_

Service Name: _____


                                        DONNIE HARRISON
                                        SHERIFF OF WAKE COUNTY

                                   BY:  _K. Nicholson_
                                        DEPUTY SHERIFF

SUBSCRIBED AND SWORN TO BEFORE ME THIS
THE _2nd_ DAY OF _Aug. 2010_ ,

_Bethena A. Jones_
NOTARY PUBLIC, WAKE COUNTY, NORTH CAROLINA

MY COMMISSION EXPIRES THE _11th_ DAY OF _March 2012_ ,

STATE OF NORTH CAROLINA                         STATE OF GEORGIA
COUNTY OF WAKE                                  ATLANTA DIVISION

OUT -10043740-001                               1:10-CV-2110

DEBORAH    FRAZIER,
                 Plaintiff
       VS                                       OFFICER'S AFFIDAVIT
                                                   OF SERVICE
ABSOLUTE COLLECTION SERVICE INC,
                 Defendant

PERSON TO SERVE: **ABSOLUTE COLLECTION SERVICE INC**

ADDRESS(1):    421 FAYETTEVILLE STREET MALL APT: 500
               RALEIGH, NC  27601-1792

ADDRESS(2):

_K. Nicholson_, BEING A DULY SWORN DEPUTY SHERIFF OF WAKE COUNTY, RALEIGH, NORTH CAROLINA, STATES THAT IN THE ABOVE-REFERENCED MATTER, ON THE _2_ DAY OF _Aug_, 20_10_, { ~~HE~~/{ }SHE {✓}SERVED/{ }WAS UNABLE TO SERVE **ABSOLUTE COLLECTION SERVICE INC** LEGAL SERVICE OF A **SUMNMONS - COMPLAINT FOR DAMAGES - INSTRUCTIONS REGARDING PRETRIAL PROCEEDINGS** ON DEFENDANT/PERSON TO SERVE AS FOLLOWS: (check one)

{ } BY DELIVERING TO DEFENDANT/PERSON TO SERVE A COPY(IES).

{ } BY LEAVING A COPY(IES) AT THE DWELLING HOUSE OR USUAL PLACE OF ABODE OF THE DEFENDANT/PERSON TO SERVE, WITH A PERSON OF SUITABLE AGE.

{✓} AS THE DEFENDANT/PERSON TO SERVE IS A CORPORATION, SERVICE WAS EFFECTED BY DELIVERING A COPY(IES)TO WHO IS AN OFFICER OF THE CORPORATION.

{ } NOT SERVED: DEFENDANT/PERSON NOT FOUND IN WAKE COUNTY.

{ } OTHER: _Stan Iradi operations manager_

Service Name: _____

                                DONNIE HARRISON
                                SHERIFF OF WAKE COUNTY

                            BY: _K. Nicholson_ 6091
                                DEPUTY SHERIFF

SUBSCRIBED AND SWORN TO BEFORE ME THIS
THE _2nd_ DAY OF _Aug. 2010_,

_Bethena A. Jones_
NOTARY PUBLIC, WAKE COUNTY, NORTH CAROLINA

MY COMMISSION EXPIRES THE _11th_ DAY OF _March 2012_,

[Notary seal: BETHENA A. JONES, NOTARY PUBLIC, WAKE COUNTY, NC]

Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| DEBORAH FRAZIER <br> *Plaintiff* <br> v. <br> ABSOLUTE COLLECTION SERVICE, INC. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> 1:10-CV-2110 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Absolute Collection Service, Inc.
c/o its registered agent: Harry W. Scott, Jr.
421 Fayetteville Street Mall
Suite 500
Raleigh, NC 27601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Feagle, Esq.
Skaar & Feagle, LLP
108 E. Ponce de Leon Avenue, Suite 204
Decatur, GA 30030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 08 JUL 2010

*Signature of Clerk or Deputy Clerk*

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: