## DECLARATION OF DEBORAH FRAZIER

Pursuant to 28 U.S.C. § 1746, DEBORAH FRAZIER hereby declares as follows:

1. My name is DEBORAH FRAZIER.

2. I live in Lithonia (DeKalb County), Georgia.

3. I am over twenty-one (21) years of age, competent to testify to the matters stated herein, and the matters stated in this DECLARATION are based upon my personal knowledge.

4. I voluntarily give this affidavit in support of the motion for summary judgment in the case of <u>Deborah Frazier v. Absolute Collection Service, Inc.</u>, U.S. District Court, N.D. Ga., Civil Action File No. 1:10-CV-02110-TWT-AJB.

5. I am the plaintiff in the above styled case.

6. The debt that the defendant Absolute Collection Service, Inc. [hereinafter "ABSOLUTE"] was attempting to collect was a disputed consumer debt.

7. The debt was allegedly owed for to Gwinnett Hospital and arose from an ER bill that I was sent earlier this year.

8. This was a debt that was for my own personal or household purposes.

- 1 -

9. I have never owned or operated a business or had any type of commercial debt.

10. ABSOLUTE contacted me by leaving messages on my home phone. I do not know the total number of calls they made to me, but it is the best of my recollection that there were a handful of identical recorded messages.

11. None of the messages identified who the caller was or that they were a debt collector.

12. Although I did not save all the messages, I allowed my attorney to record one of the messages that was on my voicemail on June 16, 2010.

13. The message was probably a week or two old when I had my attorney record it, and I likely received it during the first week of June 2010.

14. The content of the recorded message that I received and had recorded from ABSOLUTE during either early June or Late May of this year was as follows:

> "Hello, this is an important courtesy call for Deborah Frazier. Please return this call to a customer service representative. Our phone number is 800 752 4172. Our hours of operation are Monday through Thursday 8:30 am to 9:00 pm, Friday from 8:30 am to 5:00 pm, and

Saturday from 8:00 am to 1:00 pm. All times are for the eastern time zone. Thank you."

15. I declare under penalty of perjury that the foregoing is true and correct.

FURTHER DECLARANT SAYETH NAUGHT.

_____   11/5/10
Deborah Frazier                   Date
Declarant