## DECLARATION OF JAMES M. FEAGLE

_____Pursuant to 28 U.S.C. § 1746, JAMES M. FEAGLE hereby declares as follows:

1.      My name is JAMES M. FEAGLE, I am over the age of twenty-one (21), and I am competent in all respects to testify regarding the matters set forth herein.

2.      I voluntarily give this affidavit in support of the Motion for Default Judgment in the case of Deborah Frazier v. Aboslute Collection Service, Inc., U.S. District Court, N.D. Ga., Civil Action File No. 1:10-CV-02110-TWT-AJB.

3.      I am an attorney of record for the plaintiff in said case.

4.      The factual matters stated in this DECLARATION are based upon my personal knowledge unless stated otherwise.

5.      Matters of opinion expressed in this DECLARATION are my opinions formed based upon my own experience and knowledge.

### COUNSEL'S EXPERIENCE

6.      I attended college in Atlanta at Emory University and received a B.S. in Psychology and a B.A. in Philosophy in 1988.

- 1 -

7.    I became licensed to practice law in the State of Georgia after my
      graduation from the Georgia State University College of Law in 1991.

8.    I am admitted to practice in all trial and appellate courts of the State of
      Georgia.

9.    I am admitted to practice in the United States District Courts for the
      Northern and Middle Districts of Georgia.

10.   My practice includes litigation in both state and federal courts and my core
      practice area is the litigation of consumer rights cases.

11.   I am experienced in the area of consumer rights litigation.

12.   My office has successfully concluded by negotiation and litigation hundreds
      of consumer rights cases, including cases which arise under the Federal
      Consumer Credit Protection Act, including the Fair Debt Collection
      Practices Act, the Truth in Lending Act, the Fair Credit Reporting Act, and
      state consumer laws under the Georgia Fair Business Practices Act and
      Georgia's Debt Adjusting Statute.

13.   I have been approved to handle several consumer rights cases on a class
      wide basis in both state and federal court.

14.    I have taught Continuing Legal Education on consumer financial service

topics, specifically on the Fair Debt Collection Practices Act and the

defense of consumer debt collection cases.

15.    In 2009, my partner Kris Skaar and I lectured at CLE seminars sponsored by

the Institute of Continuing Legal Education (ICLE) and the Georgia Trail

Lawyers Association (GTLA).

16.    For the last several years, my partner Kris Skaar and I have lectured on the

topic of the Fair Debt Collection Practices Act and Debt Collection Defense

methods at the "Legal Services University" sponsored by the Georgia Legal

Services Program and the Atlanta Legal Aid Society.

17.    My partner and I were guest lecturers at the ICJE Seminar at the 2010 State

Court Judge's Fall Conference at Jekyll Island on the topic of State

Litigation Implications of the Fair Debt Collection Practices Act.

18.    I am an active member of the National Association of Consumer Advocates,

a charter member of the Consumer Law Section of the State Bar of Georgia,

and an active participant in the Atlanta Consumer Task Force sponsored by

the Atlanta Legal Aid Society.

## TIME AND BILLING RECORDS - GENERALLY

19.   As a part of my usual business practices, I create documentation of the time that I expend on a case by entering a description of my activity and the amount of time expended into my computer time and billing program.

20.   The time and billing records attached are kept in the ordinary course of business.  The attached compilation is based upon the documentation made as work was done on this case.  All the records are true and accurate to the best of my information and belief.

21.   For time keeping purposes, my office policy is to round up time to the next one-tenth of an hour.

## HOURLY RATES and FEES

22.   In my opinion, the hourly rates reflected on the attached invoice are reasonable and in keeping with the market value of such services performed by attorneys of similar experience and skill.

23.   Based upon my knowledge of the market rates for similar legal services, and upon my knowledge of the fee requests and awards made in similar federal litigation by other Atlanta area litigators, both the hourly rates and the total amounts requested below are reasonable.

24.  Based upon my knowledge of the market rates for similar legal services, both the hourly rates and the total amounts requested below are reasonable.

25.  The rate I request for myself is in line with other recent awards made by U.S. District Court Judges of the Northern District of Georgia.

26.  My time records show that I expended 4.4 attorney hours in the prosecution of my client's claims.

27.  In my opinion, the attorney time totaling 4.4 hours as set out in the attachment was reasonable and necessary to properly prosecute this matter.

28.  In my opinion, my hourly rate of $325.00 per hour is reasonable and in keeping with the market value of such services performed by attorneys of similar experience and skill.

29.  I have previously been awarded attorney fees based upon an hourly rate of $325.00 in Federal Court litigation, most recently in the cases of Brenda Edwards v. Niagara Credit Solutions, Inc.,United States District Court, Northern District of Georgia, Civil Action File No. 1:09-CV-2396-BBM; Michelle Pounders and Michael Pounders v. Credit Control Services, Inc., U.S. District Court, N.D.Ga., Civil Action File No. 1-09-CV-0030-CAM-GGB, Richard Weatherspoon and Alicia Weatherspoon v. Rubin & Yates,

LLC, case.U.S. District Court, N.D.Ga., Civil Action File No.  1:09-CV-1063-TCB-LTW, James Giles v. Prince Parker & Associates, Inc., U.S. District Court, N.D.Ga., Civil Action File No. 1:09-cv-01332-CAP;  Rowe v. Avante, Ltd.,  U.S. District Court, N.D.Ga., Civil Action File No. 1:09-cv-01621-CAP, Gilmore v. Account Management, Inc.,  U.S. District Court, N.D.Ga., Civil Action File No. 1:08-cv-01388-JOF,  Mintz v. Argyle Solutions, Inc., U.S. District Court, N.D.Ga., Civil Action File No. 1:09-cv-00993-HTW , and Heffner v. Eastern Asset Management, LLC, et al.,  U.S. District Court, N.D.Ga., Civil Action File No. 1:08-cv-03216-TWT.

## SUMMARY AND FINAL ATTORNEY FEES AMOUNT

30.   Considering the original time records and reasonable hourly rates for counsel, I request, on behalf of Plaintiff, an award of attorney fees for my efforts in this matter in the amount of $1,430.00.

31.   In my opinion, the attorney time and fees set out in the attached invoice are reasonable and necessary to properly prosecute this matter to a successful conclusion.

## COSTS

32.    In addition, to the attorney fees, my office incurred reasonable and

necessary costs in the following amounts:

•      Filing fee to U.S. District Court, N.D. Georgia of  $350.00

•      Service of process fee to the Wake County, N.C. sheriff's office of

$35.00:

 The total amount of costs is $385.00  Plaintiff respectfully requests an

award of these costs.


FURTHER DECLARANT SAYETH NOT

Executed on this    7th     day of November   , 2010.


  /S/ James M. Feagle                   
JAMES M. FEAGLE
DECLARANT