# Time Ticket Diary Report

Report Date: 11/07/2010
Report Time: 8:29PM
Page: 1 of 2

## Law Office of James M. Feagle

Requested By: Jim Feagle

Dates Included: 01/01/1900 to 11/07/2010
Timekeeper Selected: All
Client Selected: 10011 Deborah Frazier
Matter Selected: 10-227 Frazier, Deborah v. Absolute Collection Service, Inc.
Billing Type Selected: All
Task Code Selected: All
Held Time Tickets Are NOT Included

Sort Field 1: Timekeeper
Sort Field 2: Date
Sort Field 3: Client Number

| Tkpr | Client Number | Matter Number | Date | Ticket Number | Hours | Amount | Type | Task Code | Activity Code | Held? |
|---|---|---|---|---|---|---|---|---|---|---|
| **JMF** | | | | | | | | | | |
| JMF | 10011 | 10-227 | 06/16/2010 | 1 | 0.60 | $195.00 | BL | | | No |
| Deborah Frazier | | | Frazier, Deborah v. Absolute Collection Service, Inc. | | | | | | | |
| Text: | Conf. with client about message on her answering machine from collector that failed to id itself. Discussion with staff to record. Online and PACER investigation of defendant Absolute Collection Service, Inc. | | | | | | | | | |
| JMF | 10011 | 10-227 | 07/07/2010 | 2 | 0.60 | $195.00 | BL | | | No |
| Deborah Frazier | | | Frazier, Deborah v. Absolute Collection Service, Inc. | | | | | | | |
| Text: | Finalized complaint, sum, civ cover sheet and filed same with the court. $350 filing fee. | | | | | | | | | |
| JMF | 10011 | 10-227 | 07/15/2010 | 3 | 0.20 | $65.00 | BL | | | No |
| Deborah Frazier | | | Frazier, Deborah v. Absolute Collection Service, Inc. | | | | | | | |
| Text: | discussion with staff on finding sheriff or private process server. Letter to Wake County Sheriff to serve. Fee of $35. | | | | | | | | | |
| JMF | 10011 | 10-227 | 08/02/2010 | 4 | 0.30 | $97.50 | BL | | | No |
| Deborah Frazier | | | Frazier, Deborah v. Absolute Collection Service, Inc. | | | | | | | |
| Text: | Reviewed file returned call and had Conf. with in house counsel for Absolute Ken Perkins. Discussed demand | | | | | | | | | |
| JMF | 10011 | 10-227 | 08/30/2010 | 5 | 0.10 | $32.50 | BL | | | No |
| Deborah Frazier | | | Frazier, Deborah v. Absolute Collection Service, Inc. | | | | | | | |
| Text: | reviewed order | | | | | | | | | |
| JMF | 10011 | 10-227 | 09/24/2010 | 6 | 0.10 | $32.50 | BL | | | No |
| Deborah Frazier | | | Frazier, Deborah v. Absolute Collection Service, Inc. | | | | | | | |
| Text: | Reviewed Order | | | | | | | | | |
| JMF | 10011 | 10-227 | 10/21/2010 | 7 | 0.60 | $195.00 | BL | | | No |
| Deborah Frazier | | | Frazier, Deborah v. Absolute Collection Service, Inc. | | | | | | | |
| Text: | reviewed efiled submission of Magistrates Order to Tom Thrash. Call to Judge Baverman's staff to discuss the missed deadline for filing request for clerk to enter default. Instruction to associate Justin Holcombe to file Motion for leave to file late clerks entry of default. Reviewed and filed same. | | | | | | | | | |
| JMF | 10011 | 10-227 | 11/03/2010 | 8 | 0.50 | $162.50 | BL | | | No |
| Deborah Frazier | | | Frazier, Deborah v. Absolute Collection Service, Inc. | | | | | | | |
| Text: | Conf. with client regarding declaration in support of motion for default judgement. Conf. with Jimmy Hurt for Affidavit in support of fees. Prepared and sent docs to each for execution. | | | | | | | | | |

# *Time Ticket Diary Report*

| | |
|---|---|
| Report Date: | 11/07/2010 |
| Report Time: | 8:29PM |
| Page : | 2 of 2 |

## Law Office of James M. Feagle

Requested By: Jim Feagle

Dates Included: 01/01/1900 to 11/07/2010  
Timekeeper Selected: All  
Client Selected: 10011 Deborah Frazier  
Matter Selected: 10-227 Frazier, Deborah v. Absolute Collection Service, Inc.  
Billing Type Selected: All  
Task Code Selected: All  
Held Time Tickets Are NOT Included  

Sort Field 1: Timekeeper  
Sort Field 2: Date  
Sort Field 3: Client Number  

| Tkpr | Client Number | Matter Number | Date | Ticket Number | Hours | Amount | Type | Task Code | Activity Code | Held? |
|---|---|---|---|---|---|---|---|---|---|---|
| JMF | 10011 | 10-227 | 11/05/2010 | 9 | 1.00 | $325.00 | BL | | | No |
| | Deborah Frazier | | Frazier, Deborah v. Absolute Collection Service, Inc. | | | | | | | |
| Text: | Conf. with client.  Received executed Declaration.  Prepared Motion, brief and Order for Default Judgement. | | | | | | | | | |
| JMF | 10011 | 10-227 | 11/07/2010 | 10 | 0.40 | $130.00 | BL | | | No |
| | Deborah Frazier | | Frazier, Deborah v. Absolute Collection Service, Inc. | | | | | | | |
| Text: | Finalized and Filed Motion for Default Judgement. | | | | | | | | | |
| **Totals For:  JMF** | | | | | **4.40** | **$1,430.00** | | | | |

### *Summary*

**JMF    James M Feagle Total by Type**

| | |
|---|---:|
| Billable Hours: | 4.40 |
| **Total:** | **4.40** |

**FIRM TOTALS BY TYPE**

| | |
|---|---:|
| BILLABLE HOURS: | 4.40 |
| NON-BILLABLE HOURS: | 0.00 |
| NO - CHARGE HOURS: | 0.00 |
| FLAT CHARGE HOURS: | 0.00 |
| MISCELLANEOUS HOURS: | 0.00 |
| TRIAL HOURS: | 0.00 |
| **TOTAL:** | **4.40** |