STATE OF GEORGIA
ATHENS CLARKE COUNTY

## AFFIDAVIT OF JAMES W. HURT, JR.

Personally appeared before me, the undersigned officer duly authorized to administer oaths, JAMES W. HURT, JR., who after being duly sworn deposes and says:

### INTRODUCTION

1.

I am over twenty-one years of age, competent to testify to the matters stated herein.

2.

The factual matters in this AFFIDAVIT are based upon my personal knowledge unless stated otherwise.

3.

Matters of opinion expressed in this AFFIDAVIT are my opinions formed based upon my own experience and knowledge.

4.

I voluntarily give this affidavit in the case of Deborah Frazier v. Absolute

<u>Collection Service, Inc.</u>, U.S. District Court, N.D. Ga., Civil Action File No. 1:10-CV-02110-TWT-AJB.

## **INFORMATION REGARDING AFFIANT**

5.

I am an attorney at law, licensed to practice in the State of Georgia.

6.

I am a 1989 graduate of the University of Georgia having received a Bachelor of Science Degree in Microbiology.

7.

I am a 2003 graduate of the Georgia State University School of Law and have been admitted to practice law in the state of Georgia since November 1, 2003.

8.

I am a member of the Western Circuit Bar Association, a frequent lecturer of the Georgia Trial Lawyers Association (GTLA), the current Chairman or the Consumer Protection Section of GTLA, a member of the American Association of Justice, a member of the National Association of Consumer Advocates, the Class of 2003 Representative of the Graduate Leadership Council of Georgia State

University College of Law, an executive board member and current editor of the "Calendar Call" publication for the General Practice and Trial Section of the State Bar of Georgia, the former Alumni Chancellor and a current executive committee member if the Oglethorpe Legal Society.

9.

In 2005, I began teaching as a visiting lecturer in Georgia Practice and Procedure at the Georgia State University College of Law and, in 2007, joined the College of Law as an adjunct professor.

10.

Presently, I am a member of Lewis, Stolz, Hurt, Frierson & Grayson, LLP, which is located at 279 Meigs Street, Athens, Georgia 30601 where my practice includes both individual and class action litigation in federal and state courts, a large portion of which are the litigation of consumer rights cases.

11.

Our firm is a general civil litigation practice, with an emphasis on plaintiff contingent fee cases. I have successfully concluded by negotiation and litigation numerous consumer rights casesm including many cases arising under the Federal Fair Debt Collection Practices Act [hereinafter "FDCPA"], the Georgia Fair

Business Practices Act, and various other consumer protection statutes.

12.

I am experienced in and have an extremely active practice in the area of consumer rights litigation, where I represent debtors state court collection actions, and bring affirmative claims in federal court under various portions of the Consumer Credit Protection Act.

13.

I am personally familiar with and have associated with Attorney James M. Feagle on numerous individual cases as well as approximately 25 class actions. I personally know him to be personally and professionally competent with an expertise in consumer rights litigation including causes of action under the FDCPA. In fact, in my opinion, Mr. Feagle is one of the most experienced attorneys in the state with regard to prosecuting FDCPA claims.

**OPINION OF INFORMATION PROVIDED TO AFFIANT**

14.

I have discussed this case with Mr. Feagle and have also discussed and reviewed his billing records for this matter.

15.

Based upon my discussion and a review of materials provided by Plaintiff's counsel, I understand the following facts to be true regarding <u>Deborah Frazier v. Absolute Collection Service, Inc.</u>:

16.

A Complaint was filed in the U.S. District Court for the Northern District of Georgia on behalf of Ms. Frazier on July 7, 2010

17.

The Complaint alleged claims under the Federal Fair Debt Collection Practices Act, which included violations of 15 U.S.C. §§ 1692(d)6 and e(11).

18.

The defendant defaulted and failed to file an answer.

19.

No discovery was taken in this case.

20.

The case is now pending on Plaintiff's Motion for default Judgment.

21.

I understand that attorney JAMES M. FEAGLE has requested compensation for a total of 4.4 hours and that he has asked for an hourly fee at the rate of $325.00 per hours.

22.

In my opinion, the 4.4 hours that Mr. Feagle spent in attorney time to meet with the client, investigate the claim, perform legal research, draft the complaint, engage in discovery, and review the motion for default judgement was reasonable and within the range of time that I would anticipate should be expended to prosecute a default case like Ms. Frazier's.

23.

In my opinion, Mr. Feagle's hourly rate of $325.00 per hour is reasonable for a consumer attorney with his level of skill, experience and reputation in both the Atlanta area and among national consumer advocates. I am aware that Mr. Feagle has handled hundred of these types of consumer claims and has been class counsel in a number of various consumer matters. I am also aware that he has been awarded this fee in several other cases in which I supplied him with an affidavit.

24.

Most cases under the FDCPA are settled out of court, so it is hard to establish a loadstar award history, but I am routinely able to resolve FDCPA cases by settlement in which I am able to negotiate an attorney fee rate for myself of $250.00 per hour. This rate is not inconsistent with other attorneys with similar experience handling these types of cases.

25.

I am also aware that some courts use the Laffey Matrix as a basis for awarding attorneys fees in statutory fee shifting cases, and that the requested rates for Mr. Feagle is below the Laffey matrix rate.

26.

It is not uncommon for attorney's fees to exceed the amount of damages that the consumer received in these cases, particularly when there are only statutory damages requested or the defendant is not reasonable in reaching a settlement.

FURTHER AFFIANT SAYETH NAUGHT.

_____
James W. Hurt, Jr.

Sworn to and subscribed
before me this 4th day
of November, 2010.

_____
Notary Public
My commission expires: