IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBORAH FRAZIER,<br><br>   Plaintiff,<br><br>    v.<br><br>ABSOLUTE COLLECTION<br>SERVICE, INC.<br>a North Carolina corporation,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:10-CV-2110-TWT |

ORDER

This is an action under the Fair Debt Collection Act. It is before Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending that the Plaintiff's Motion for Default Judgment [Doc. 7] be granted. I approve and adopt the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion for Default Judgment [Doc. 7] is GRANTED in the amount of $1,000.00 in statutory damages, $1,430.00 in attorney fees and $385.00 in costs.

SO ORDERED, this 3 day of February, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Frazier\r&r.wpd